# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT ANTOINE

NO. 2024 KW 0796

**NOVEMBER 18, 2024**

---

In Re:    Robert Antoine, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-17-0482.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT